UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JACOB KILLER, :
:
Plaintiff, :
: 21-cv-8132 (VSB)
-against- :
: **ORDER**
THE CITY OF NEW YORK, et al., :
:
Defendants. :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  This case shall be conducted in accordance with Local Civil Rule 83.10 (formerly the "1983 Plan"), this District's plan governing the administration of certain § 1983 cases against the City of New York. (Doc. 9.)  Plaintiff filed this action on September 30, 2021, (Doc. 1), and filed affidavits of service on December 22, 2021, (Doc. 8).  To date, Defendants have not appeared or responded to the complaint.  Pursuant to Local Civil Rule 83.10, Defendants' time to answer is calculated based on when Plaintiff serves the § 160.50 Release on the City.  *See* Local Civil Rule 83.10(c).  Accordingly, Plaintiff is

  ORDERED to file affidavits of service of the § 160.50 Release on the docket, on or before March 14, 2022.

SO ORDERED.

Dated:  March 7, 2022
    New York, New York

                                 _____
                                 VERNON S. BRODERICK
                                 United States District Judge