UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JACOB KILLER,

                             **Plaintiff,**                      21-CV-08132 (VSB)(SN)

          -against-                                     <u>ORDER</u>

THE CITY OF NEW YORK, et al.,

                            **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On October 24, 2022, the Honorable Vernon S. Broderick assigned this matter to my docket for settlement. By November 2, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

SO ORDERED.

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      October 26, 2022
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2022